1  BRIAN M. BOYNTON
2  Principal Deputy Assistant Attorney General
   Civil Division

3
4  LESLEY FARBY
   Assistant Branch Director
5  Civil Division, Federal Programs Branch

6  LESLIE COOPER VIGEN
   Senior Trial Counsel (DC Bar No. 1019782)
7  Civil Division, Federal Programs Branch
   United States Department of Justice
8  1100 L Street, NW, Washington, DC 20005
9  Telephone: (202) 305-0727
   Email: leslie.vigen@usdoj.gov
10
11 *Counsel for United States*

12              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
13              **SAN FRANCISCO DIVISION**

14 Keith CARROLL and Rebecca
15 RODRIGUEZ, individually and on
   behalf of all others similarly
16 situated,                                **No. 4:23-cv-314-YGR**

17      Plaintiffs,                         **UNITED STATES OF AMERICA'S**
                                            **NOTICE OF INTERVENTION**
18
        v.                                  Hon. Yvonne Gonzalez Rogers
19
20 CHICK-FIL-A, INC., and DOES 1
   through 10, inclusive,
21
22      Defendants.

23      Pursuant to Federal Rules of Civil Procedure 5.1(c) and 24(a)(1), 28 U.S.C.

24 §§ 517 & 2403(a), and in accordance with the authorization of the Solicitor General

25 of the United States, the United States of America hereby intervenes in this case

26 for the limited purpose of defending the constitutionality of the Video Privacy

27 Protection Act ("VPPA"), 18 U.S.C. § 2710.

28

On April 18, 2023, Defendant Chick-fil-A, Inc. filed a motion to dismiss, ECF No. 20, and a notice of constitutional challenge pursuant to Federal Rule of Civil Procedure 5.1, explaining that its motion to dismiss "questions the constitutionality of the federal Video Privacy Protection Act" and arguing "that the VPPA is an unconstitutional restraint on speech in violation of the First Amendment to the United States Constitution," ECF No. 21. Under Rule 5.1(c), the Attorney General may intervene within 60 days of the filing of such a notice. Fed. R. Civ. P. 5.1(c). Here, the deadline to intervene is June 20, 2023. *See id.*; *see also* Fed. R. Civ. P. 6(a)(1)(C) (explaining that if the last day of a time period "is a Saturday, Sunday, or legal holiday, the period continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday").

The United States is entitled to intervene in this case pursuant to the Federal Rules of Civil Procedure and relevant statutes. As explained, Rule 5.1(c) permits the Attorney General to intervene in an action where, as here, the constitutionality of a federal statute is challenged. In addition, Federal Rule of Civil Procedure 24 permits a non-party to intervene when the non-party "is given an unconditional right to intervene by a federal statute." Fed. R. Civ. P. 24(a)(1). The United States has an unconditional statutory right to intervene "[i]n any action . . . wherein the constitutionality of an Act of Congress affecting the public interest is drawn in question . . . ." 28 U.S.C. § 2403(a). In such an action, "the court . . . shall permit the United States to intervene . . . for argument on the question of constitutionality." *Id.* 28 U.S.C. § 517 also authorizes an officer of the Department of Justice to intercede "to attend to the interest of the United States in a suit pending in a court of the United States." 28 U.S.C. § 517; *see also, e.g.*, *Wortman v. All Nippon Airways*, 854 F.3d 606, 617 (9th Cir. 2017) ("Pursuant to 28 U.S.C. § 517, the United States may submit a statement in a case expressing its views on relevant issues in which it has an interest.").

Accordingly, the United States hereby provides notice of intervention in this matter for the limited purpose of defending the constitutionality of the VPPA.  Accompanying this notice is the United States' memorandum in support of the constitutionality of the VPPA.

Dated: June 20, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

LESLEY FARBY
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Leslie Cooper Vigen*
LESLIE COOPER VIGEN
Senior Trial Counsel (D.C. Bar No. 1019782)
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, NW, Washington, D.C. 20005
Telephone: (202) 305-0727
Email:  leslie.vigen@usdoj.gov

*Counsel for United States*