Bethany G. Lukitsch (314376)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard
Suite 1400
Los Angeles, CA  90025-0509
Telephone:    310.820.8800
Facsimile:    310.820.8859
Email:        blukitsch@bakerlaw.com

Joel C. Griswold (1008827) (*pro hac vice*)
BAKER & HOSTETLER LLP
200 S. Orange Ave. Ste. 2300
Orlando, FL 32801
Telephone:    407.649.4088
Email:        jcgriswold@bakerlaw.com

Attorneys for Defendant
CHICK-FIL-A, INC.

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH CARROLL. individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHICK-FIL-A, INC., and DOES 1 through 10, inclusive,<br><br>　　　　　Defendant. | **CASE NO.: 4:23-CV-00314-YGR**<br><br>**DEFENDANT'S STATEMENT OF RECENT DECISION IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT** |

Defendant Chick-fil-A, Inc., ("Chick-fil-A), by and through its undersigned counsel, hereby gives notice of the Memorandum Opinion and Order in *Salazar v. Paramount Global d/b/a 247Sports,* No. 3:22-cv-00756 (M.D. Tenn. Jul. 18, 2023) (Richardson, J.) (attached hereto as Exhibit 1).

///

///

///

Dated: July 19, 2023

Respectfully submitted,

BAKER & HOSTETLER LLP

By: */s/Bethany G. Lukitsch*
Bethany G. Lukitsch (314376)
Email: blukitsch@bakerlaw.com

Attorneys for Defendant
CHICK-FIL-A, INC.