Bethany G. Lukitsch (314376)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard
Suite 1400
Los Angeles, CA  90025-0509
Telephone:    310.820.8800
Facsimile:    310.820.8859
Email:        blukitsch@bakerlaw.com

Joel C. Griswold (1008827) (*pro hac vice*)
BAKER & HOSTETLER LLP
200 S. Orange Ave. Ste. 2300
Orlando, FL 32801
Telephone:    407.649.4088
Email:        jcgriswold@bakerlaw.com

Attorneys for Defendant
CHICK-FIL-A, INC.

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEITH CARROLL. individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>CHICK-FIL-A, INC., and DOES 1 through 10, inclusive,<br><br>        Defendant. | **CASE NO.: 4:23-CV-00314-YGR**<br><br>**DEFENDANT'S STATEMENT OF RECENT DECISION IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT** |

Defendant Chick-fil-A, Inc., ("Chick-fil-A), by and through its undersigned counsel, hereby gives notice of the Memorandum Opinion and Order in *Salazar v. National Basketball Ass'n,* No. 1:22-cv-07935, 2023 WL 5016968, at *8-10 (S.D.N.Y. Aug. 7, 2023) (Rochon, J.) (attached hereto as Exhibit 1).

Dated:   August 8, 2023            Respectfully submitted,

BAKER & HOSTETLER LLP

By:   */s/Bethany G. Lukitsch*
      Bethany G. Lukitsch (314376)
      Email: blukitsch@bakerlaw.com

Attorneys for Defendant
CHICK-FIL-A, INC.